**Shelia C. WALKER, Appellee,**

v.

**COLLEGE TOYOTA, INC., Appellant.**

**No. 75–1181.**

United States Court of Appeals,
Fourth Circuit.

Argued July 7, 1975.

Decided July 18, 1975.

Robert C. Wood, III, Lynchburg, Va.
(Kenneth S. White, Edmunds, Williams,
Robertson, Sackett, Baldwin & Graves,
Lynchburg, Va.), for appellant.

Charles M. L. Mangum, Lynchburg,
Va., for appellee.

Before CRAVEN, BUTZNER and
FIELD, Circuit Judges.

PER CURIAM:

College Toyota, Inc., appeals from an
adverse judgment in the district court
holding it civilly liable for a violation of
the Truth in Lending Act, 15 U.S.C.
§§ 1601 *et seq.,* and its accompanying
regulations, in the case, 12 C.F.R. § 226.-
8(c)(8)(ii).

The facts in the case were stipulated,
and neither party contests that the regu-
lation, which requires disclosure of the
"deferred payment price," was violated.
The sole question is whether the viola-
tion of that regulation subjects the cred-
itor to civil liability.

For the reasons stated by the district
court, which relied on *Mourning v. Fami-
ly Publications Services, Inc.,* 411 U.S.
356, 93 S.Ct. 1652, 36 L.Ed.2d 318 (1973),
the judgment of the district court is af-
firmed.